UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AKILI EUGENE ARMSTRONG,

       Petitioner,                            Civil No. 09-14808

v.                                          HONORABLE AVERN COHN

SHIRLEE HARRY,

       Respondent.
_____/

## JUDGMENT

    For the reasons stated in the Memorandum and Order entered and filed on this date, petitioner's Petition for Writ of Habeas Corpus is DENIED and judgment is entered in favor of the respondent.

DAVID WEAVER

Dated: January 26, 2012         By: s/Julie Owens
                                                   Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Akili Armstrong, 383767, Ojibway Correctional Facility, N5705 Ojibway Road, Marenisco, MI 49947, and the attorneys of record on this date, January 26, 2012, by electronic and/or ordinary mail.

                                                        S/Julie Owens
                                                      Case Manager, (313) 234-5160